UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

MAR - 2 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:16CR0096 CEJ/PLC |
| MARTY L. RAINEY, | ) |
| Defendant. | ) |

## INDICTMENT

### General Allegations

The Grand Jury charges that:

1. At all times relevant to this Indictment, the Gasconade County Sheriff's Office, the Hermann Police Department, and the Rosebud Police Department were law enforcement agencies in the Eastern District of Missouri. Among other functions, these law enforcement agencies investigated crimes committed in Gasconade County, Missouri.

2. At all times relevant to this Indictment, employees of these law enforcement agencies were responsible for conducting themselves in compliance with federal, state and local laws, including the United States Constitution.

3. At all times relevant to this Indictment, defendant MARTY L. RAINEY was triple-commissioned and employed by the Gasconade County Sheriff's Office, the Hermann Police Department, and the Rosebud Police Department as a law enforcement officer.

4. At all times relevant to this Indictment, M.P., T.M., M.G., M.M. and S.S. were women who came into contact with defendant MARTY L. RAINEY in his capacity as a law enforcement officer.

## COUNT ONE
### (Deprivation of Rights Under Color of Law)

The Grand Jury further charges that:

1. Paragraphs 1-4 of the General Allegations are incorporated by reference in this Count.

2. On or about June 28, 2010, within the Eastern District of Missouri, and elsewhere, defendant

### MARTY L. RAINEY,

while acting under color of law, did willfully deprive M.P. of the rights secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to bodily integrity. Specifically, the defendant engaged in acts that constituted aggravated sexual abuse as defined in Title 18, United States Code, Section 2241.

In violation of Title 18, United States Code, Section 242.

## COUNT TWO
### (Deprivation of Rights Under Color of Law)

The Grand Jury further charges that:

1. Paragraphs 1-4 of the General Allegations are incorporated by reference in this Count.

2. Between, on or about January 30, 2012 and March 7, 2012, within the Eastern District of Missouri, and elsewhere, defendant

### MARTY L. RAINEY,

while acting under color of law, did willfully deprive T.M. of the rights secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to bodily integrity. Specifically, the defendant engaged in acts that resulted in bodily injury and included aggravated sexual abuse as defined in Title 18, United States Code, Section 2241.

In violation of Title 18, United States Code, Section 242.

## COUNT THREE
**(Deprivation of Rights Under Color of Law)**

The Grand Jury further charges that:

1. Paragraphs 1-4 of the General Allegations are incorporated by reference in this Count.

2. On or about March 1, 2012, within the Eastern District of Missouri, and elsewhere, defendant

### MARTY L. RAINEY,

while acting under color of law, did willfully deprive M.G. of the rights secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to bodily integrity. Specifically, the defendant engaged in acts that constituted aggravated sexual abuse as defined in Title 18, United States Code, Section 2241.

In violation of Title 18, United States Code, Section 242.

## COUNT FOUR
**(Deprivation of Rights Under Color of Law)**

The Grand Jury further charges that:

1. Paragraphs 1-4 of the General Allegations are incorporated by reference in this Count.

2. On or about August 4, 2012, within the Eastern District of Missouri, and elsewhere, defendant

### MARTY L. RAINEY,

while acting under color of law, did willfully deprive M.M. of the rights secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to bodily integrity. Specifically, the defendant engaged

in acts that constituted aggravated sexual abuse as defined in Title 18, United States Code, Section 2241.

In violation of Title 18, United States Code, Section 242.

## COUNT FIVE
### (Enticement of a Minor to Engage in Commercial Sex Acts)

The Grand Jury further charges that:

1. Paragraphs 1-4 of the General Allegations are incorporated by reference in this Count.

2. On or about August 31, 2012, within the Eastern District of Missouri, and elsewhere, the defendant

**MARTY L. RAINEY,**

did knowingly use any facility or means of interstate commerce to persuade, induce, entice, and coerce S.S., who had not attained the age of 18 years, to engage in prostitution.

In violation of Title 18, United States Code, Sections 2422(b).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney