UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CR00096 CEJ |
| ) | |
| MARTY L. RAINEY, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and moves to dismiss the indictment. The Government states that on March 26, 2016, the undersigned was advised that Mr. Rainey had died. On June 1, 2016, the Government received a copy of the Certificate of Death, confirming his death. In light of this unexpected event, the indictment against Mr. Rainey should be dismissed.

WHEREFORE, the Government moves this Court to dismiss the Indictment.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/ Jennifer A. Winfield
JENNIFER A. WINFEILD, #53350MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon defendant's counsel Chris Goeke.

s/ Jennifer A. Winfield
JENNIFER A. WINFEILD, #53350MO
Assistant United States Attorney