UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:16-CR-96 (CEJ) |
| | ) | |
| | ) | |
| MARTY L. RAINEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the motion of the United States to dismiss the indictment [Doc. # 31] is **granted**.

**IT IS FURTHER ORDERED** that the indictment is dismissed as to defendant Marty L. Rainey.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively terminate all other pending motions in this case.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2016.